ORIGINAL

J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
J. Andrew Coombs, A P. C.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

andy@coombspc.com
annie@coombspc.com

E-filing

Attorneys for Plaintiff
Symantec Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PVT

Symantec Corporation,

        Plaintiff,

v.

Joshua McClymond and Does 1 – 10, inclusive,

        Defendants.

Case No. CV-08 0699

NOTICE OF INTERESTED PARTIES

CIVIL LOCAL RULE 3-16(c)(1)

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: January __, 2008

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Annie S. Wang
Attorney for Plaintiff Symantec Corporation

Symantec v. McClymond: Notice of Interested Parties     - 1 -