J. ANDREW COOMBS  SBN: 123881
J. ANDREW COOMBS
517 E. WILSON ST. #202
GLENDALE, CA 91206
(818) 500-3200

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **SYMANTEC** | Plaintiff(s) | CASE NUMBER: CV080699 JF |
| v. | | **PROOF OF SERVICE SUMMONS AND COMPLAINT** (Use separate proof of service for each person/party served) |
| **MCCLYMONDS** | Defendant(s) | |

1. At the time of service I was at least 18 years of age and not a party to this action and served copies of the (specify documents):
   a. ☐ summons     ☐ complaint     ☐ alias summons     ☐ first ammended complaint
   ☐ second amended complaint
   ☐ third amended complaint

   ☒ other (specify): **SEE ATTACHMENT**

2. **Person served:**
   a. ☒ Defendant (name:) **JOSHUA MCCLYMONDS**
   b. ☒ Other (specify name and title or relationship to the party/business named):
      **DAVE GROSS - OCCUPANT**
   c. ☒ Address where the papers were served: **8220 BRAND LANE**
      **PETALUMA, CA 94951**

3. **Manner of Service** in compliance with (the appropriate box **must** be checked):
   a. ☐ Federal Rules of Civil Procedure
   b. ☒ California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. ☐ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☐ **Papers were served on** (date):   at (time):
   b. ☒ By **Substituted Service.** By leaving copies:
      1. ☒ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☒ **Papers were served on** (date): **03/03/2008** at (time): **05:34 pm**
      4. ☒ **by mailing** (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☒ **papers were mailed on** (date): **03/03/2008**
      6. ☒ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| J. ANDREW COOMBS<br>J. ANDREW COOMBS<br>517 E. WILSON ST. #202   GLENDALE, CA 91206 | SBN: 123881 | |
| TELEPHONE NO.: (818) 500-3200 | FAX NO.: (818) 500-3201 | |
| E-MAIL ADDRESS (Optional): | | |
| ATTORNEY FOR (Name): | | |

| USDC - NORTHERN DISTRICT - OAKLAND |
|---|
| STREET ADDRESS: 1301 CLAY STREET |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: OAKLAND, CA 94612-5212 |
| BRANCH NAME: NORTHERN DISTRICT - OAKLAND |

| PLAINTIFF/PETITIONER: **SYMANTEC** | |
|---|---|
| DEFENDANT/RESPONDENT: **MCCLYMONDS** | |
| **DECLARATION OF DILIGENCE** | CASE NUMBER: **CV080699PUT** |

I received the within process on February 4, 2008 and that after due and diligent effort I have not been able to personally serve said person. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:   JOSHUA MCCLYMONDS

Documents:   SEE ATTACHMENT

As enumerated below:

| | |
|---|---|
| 02/06/2008 -- 05:24 pm | 8220 BRAND LANE<br>PETALUMA, CA 94951 |
| No answer. | |
| 02/19/2008 -- 02:00 pm | 8220 BRAND LANE<br>PETALUMA, CA 94951 |
| No answer. | |
| 02/24/2008 -- 05:05 pm | 8220 BRAND LANE<br>PETALUMA, CA 94951 |
| No answer. | |
| 02/24/2008 -- 05:34 pm | 8220 BRAND LANE<br>PETALUMA, CA 94951 |
| Substituted Service Effected. | |

County: Sonoma
Registration No.: P-380
Janney and Janney Attorney Service, Inc.
1545 Wilshire Blvd.
Los Angeles, CA 90017
(213) 628-6338

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 11, 2008 at Los Angeles, California.

Signature: _____
Charles Darwin

**DECLARATION OF DILIGENCE**

Order#: 1255360/DilFormat.mdl

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):*         at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   **Charles Darwin**
   **Janney and Janney Attorney Service**
   **1545 Wilshire Blvd., Ste 311**
   **Los Angeles, CA 90017**
   **(213) 628-6338**

   a. Fee for service: $ 315.00
   b. ☒ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☐ Registered California process server
      Registration # :P-380

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **March 7, 2008**      _____**Charles Darwin**_____      _____(Signature)_____
                              *Type or Print Server's Name*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | | FOR COURT USE ONLY |
|---|---|---|
| J. ANDREW COOMBS<br>J. ANDREW COOMBS<br>517 E. WILSON ST. #202  GLENDALE, CA 91206 | | |
| TELEPHONE NO.: **(818) 500-3200** | FAX NO.: **(818) 500-3201** | |
| E-MAIL ADDRESS *(Optional)*: | | |
| ATTORNEY FOR *(Name)*: | | |
| **USDC - NORTHERN DISTRICT - OAKLAND**<br>STREET ADDRESS: **1301 CLAY STREET**<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: **OAKLAND, CA 94612-5212**<br>BRANCH NAME: **NORTHERN DISTRICT - OAKLAND** | | |
| PLAINTIFF/PETITIONER: **SYMANTEC** | | |
| DEFENDANT/RESPONDENT: **MCCLYMONDS** | | |
| **PROOF OF SERVICE BY MAIL** | CASE NUMBER:<br>**CV080699PUT** | |

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1545 Wilshire Blvd., Los Angeles, CA 90017.

On March 3, 2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

   SEE ATTACHMENT

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, CA, California, addressed as follows:

   JOSHUA MCCLYMONDS
   8220 BRAND LANE
   PETALUMA, CA 94951

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business.

Fee for Service: 300.00

Janney and Janney Attorney Service, Inc.
1545 Wilshire Blvd.
Los Angeles, CA 90017
(213) 628-6338

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 7, 2008.

Signature: _____
SUSIE MADRIGAL

**PROOF OF SERVICE BY MAIL**

Order#: 1255360/GProof5

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | | FOR COURT USE ONLY |
|---|---|---|
| J. ANDREW COOMBS<br>J. ANDREW COOMBS<br>517 E. WILSON ST. #202 GLENDALE, CA 91206 | SBN: 123881 | |
| TELEPHONE NO.: **(818) 500-3200** | FAX NO.: **(818) 500-3201** | |
| E-MAIL ADDRESS (Optional): | | |
| ATTORNEY FOR (Name): | | |

| USDC - NORTHERN DISTRICT - OAKLAND |
|---|
| STREET ADDRESS: **1301 CLAY STREET** |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: **OAKLAND, CA 94612-5212** |
| BRANCH NAME: **NORTHERN DISTRICT - OAKLAND** |

| PLAINTIFF/PETITIONER: **SYMANTEC** | |
|---|---|
| DEFENDANT/RESPONDENT: **MCCLYMONDS** | |
| **NON SERVICE REPORT** | CASE NUMBER:<br>**CV080699PUT** |

I received the within process on February 4, 2008 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee: **JOSHUA MCCLYMONDS**
Documents: **SEE ATTACHMENT**

As enumerated below:

**02/06/2008 -- 02:27 pm**  1390 N. MCDOWELL BLVD., #106
PETALUMA, CA 94954
GIVEN ADD., IS BAD. THIS IS POSTAL MAIL FACILITY. GIVEN BOX # IS OWNED BY DENNIS GROSS

**02/06/2008 -- 05:00 pm**  8220 BRAND LANE
PETALUMA, CA
UNABLE TO SERVE AT GIVEN ADD. PER DENNIS GROSS, SUBJECT IS HIS GRANDSON. DOES NOT LIVE HERE. WOULD NOT GIVE ANY FURTHER INFORMATION.

**03/04/2008 --**  1432 WEAVERLY DR.
PETALUMA, CA 94951
ATTEMPTED SERVICE AT GIVEN RESIDENCE ADDRESS. PER CURRENT OCCUPANT, SHELBY, SUBJECT IS UNKNOWN.

Fee for Service: **315.00**
County: **Sonoma**
Registration No.: **P-380**
**Janney and Janney Attorney Service, Inc.**
**1545 Wilshire Blvd.**
**Los Angeles, CA 90017**
**(213) 628-6338**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **March 11, 2008** at **Los Angeles**, California.

Signature: _____
Charles Darwin

**NON SERVICE REPORT**

Order#: 1255360/NonServe

SYMANTEC V. MCCLYMONDS
CASE #CV080699PVT

## LIST OF DOCUMENTS TO BE SERVED

1) SUMMONS IN A CIVIL CASE

2) COMPLAINT

3) NOTICE OF INTERESTED PARTIES

4) PLAINTIFF'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

5) CIVIL COVER SHEET

6) REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK

7) REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT

8) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

9) STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE PATRICIA V. TRUMBULL

10) STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES

11) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

12) WELCOME TO THE USDC FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE

13) DROP BOX FILING PROCEDURES

14) NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE

15) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16) ECF REGISTRATION INFORMATION HANDOUT

17) CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

18) REASSIGNMENT ORDER

19) DECLINATION TO PROCEED BEFORE A MASTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

F261681

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On March 13, 2008, I served on the interested parties in this action with the:

- **PROOF OF SERVICE - SUMMONS AND COMPLAINT**

for the following civil action:

<u>Adobe Systems Incorporated v. Joshua McClymonds, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

William Pinkus, Esq.
9094 Old Redwood Hwy
Cotati, California 94931

Place of Mailing: Glendale, California
Executed on March 13, 2008, at Glendale, California

_____
Jeremy Cordero