WILLIAM PINKUS (SBN 43036)
9094 Old Redwood Highway
Cotati, CA 94931
Telephone: 707-795-3884
Email: w_p@pacbell.net

Attorneys for Defendant
DENNIS GROSS/JOSHUA MCCLYMONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Symantec Corporation,           ) Case No. CV 08 0699 JF
                                )
              Plaintiff,        )
                                )
       v.                       ) **ANSWER TO COMPLAINT**
                                )
Joshua McClymonds and Does 1-10,)
                                )
              Defendants        )

    Dennis Gross, referred to in the complaint on file as "Joshua McClymonds", hereinafter referred to as "Defendant," answers said Complaint as follows:

<u>SPECIFIC DENIALS</u>

    1. Defendant is the sole owner and operator of the website described as "mcclymonds2006" referred to in the complaint and admits that he is the individual referred to in the complaint as "Joshua McClymonds." Defendant denies that any other person or entity named Joshua McClymonds committed or is any way responsible for any act alleged in the complaint.

    2. As to paragraphs 1, 2, 7 through 11 inclusive, 13 Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations therein.

    3. Defendant denies making, offering for sale or distributing unauthorized copies of Symantec software, as alleged in Paragraph 3 of the complaint.

    4. Defendant denies the allegations in paragraph 12 of the complaint.

    5. As to paragraphs 14, 15, 16, 17, 25 and 27 of the complaint, Defendant denies copying,

6. Defendant denies each and every allegation in paragraphs 18, 20, 21, 22, 23, 25, 26, 27, 28 and 29 of the complaint.

## AFFIRMATIVE DEFENSES

AS AND FOR A FIRST AFFIRMATIVE DEFENSE to the Complaint herein and each cause of action therein, this answering Defendant alleges that said Complaint, and each cause of action therein, fails to state facts constituting a cause of action against this answering defendant and that the relief requested is not available by law.

AS AND FOR A SECOND AFFIRMATIVE DEFENSE to the Complaint herein and each cause of action therein, this answering Defendant alleges that Plaintiff's claims are void as against public policy.

AS AND FOR A THIRD AFFIRMATIVE DEFENSE to the Complaint herein and each cause of action therein, this answering Defendant alleges that any acts actually performed by Defendant relating to this action were justified.

AS AND FOR A FOURTH AFFIRMATIVE DEFENSE to the Complaint herein and each cause of action therein, this answering Defendant alleges that Plaintiff, by reason, by reason of the knowledge, statements and conduct of Plaintiff, is estopped to complain of any act or omission on the part of Plaintiff.

AS AND FOR A FIFTH AFFIRMATIVE DEFENSE to the Complaint herein and each cause of action therein, this answering Defendant alleges that Plaintiff's claims are barred by the doctrine of laches.

AS AND FOR A SIXTH AFFIRMATIVE DEFENSE to the Complaint herein and each cause of action therein, this answering Defendant alleges that Plaintiff is not entitled to any form of equitable relief because there is an adequate remedy at law and /or Plaintiff has failed to exhaust its legal remedies.

AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE to the Complaint herein and each cause of action therein, this answering Defendant alleges that the purported injuries, loss or damages to Plaintiff, if any, were caused by persons for whom or which Defendant was not responsible.

AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE to the Complaint herein and each cause

of action therein, this answering Defendant alleges that the complaint fails for uncertainty.

AS AND FOR AN NINTH AFFIRMATIVE DEFENSE to the Complaint herein and each cause of action therein, this answering Defendant alleges that Plaintiff's claims are barred by the doctrine of unclean hands.

AS AND FOR AN TENTH AFFIRMATIVE DEFENSE to the Complaint herein and each cause of action therein, this answering Defendant alleges that Plaintiff's claims and requests for equitable relief are barred by the doctrine of unclean hands.

AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE to the Complaint herein and each cause of action therein, this answering Defendant alleges that each and every cause of action is barred by the doctrine of res judicata or collateral estoppel.

AS AND FOR AN TWELFTH AFFIRMATIVE DEFENSE to the Complaint herein and each cause of action therein, this answering Defendant alleges that the unauthorized making, copying and distributing of plaintiff's software, if true, was not due to any acts or omissions on the part of Defendant but were rather directly and legally caused by the acts and/or omissions of other persons or entities, and each of them.

AS AND FOR AN THIRTEENTH AFFIRMATIVE DEFENSE to the Complaint herein and each cause of action therein, this answering Defendant alleges that Defendant has no independent knowledge as of the filing of this Answer of many of the facts allegedly constituting the causes of action in the Complaint, and based thereon, hereby respectfully requests leave of Court to amend this anwer to include those affirmative defenses that are revealed during the course of discovey.

WHEREFORE. Dennis Gross requests judgment:

1. Denying Plaintiff's request for injunctive relief;
2. That Plaintiff take nothing by the complaint;
3. That Plaintiff pay defendant for his costs of suit; and
4. For all other relief that the Court deems just and proper under the circumstances.

Dated: April 8, 2008

William Pinkus
Attorney for Defendant Dennis Gross

Symantec v. McClymonds - Answer by Dennis Gross    -3-

# CERTIFICATE OF MAILING

The undersigned states:

I am over the age of eighteen years. My employment address is: Law Offices of William Pinkus, 9094 Old Redwood Highway, Cotati, California 94931.

On April 8, 2008 during regular business hours, I deposited in the U.S. Mail a copy of the foregoing **Answer** in a addressed envelope with postage prepaid on the following :

Annie S. Wang, Esq.
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, CA 91206

I declare under penalty of perjury that the foregoing is true and correct. Executed at Cotati, California on April 8, 2008

*Thora Lares*