UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Symantec Corporation

                                      Plaintiff(s),

                                      v.

Joshua McClymonds and Does 1-10

                                    Defendant(s).
_____/

CASE NO. C08-0699 JF

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
        Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    ✓    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: 5/9/08

Dated: 5/9/08

/s/ J. Andrew Coombs
Attorney for Plaintiff

/s/ William Pinkus
Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- ✓ Mediation
- Private ADR

Deadline for ADR session
- ✓ 90 days from the date of this order.
- other

IT IS SO ORDERED.

Dated: 5/13/08

_____
UNITED STATES MAGISTRATE JUDGE
              DISTRICT

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On March 13, 2008, I served on the interested parties in this action with the:

- **JOINT CASE MANAGEMENT STATEMENT**

- **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

for the following civil action:

<u>Symantec Corporation v. Joshua McClymonds, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

William Pinkus, Esq.
9094 Old Redwood Hwy
Cotati, California 94931

Place of Mailing: Glendale, California
Executed on May 9, 2008, at Glendale, California

Nicole L. Drey