UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5th FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, May 23, 2008
**Case Number:** CV-08-699-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | SYMANTEC CORPORATION V. JOSHUA MCCLYMOND | |
|---|---|---|
| | PLAINTIFF | DEFENDANT |
| | Attorneys Present: Andrew Coombs | Attorneys Present: |

PROCEEDINGS:

    Case management conference held. Counsel for plaintiff is present. Continued to 8/22/08 at 10:30 a.m. for further case management conference.