1  J. Andrew Coombs (SBN 123881)
2  *andy@coombspc.com*
   Annie S. Wang (SBN 243027)
3  *annie@coombspc.com*
   J. Andrew Coombs, A Prof. Corp.
4  517 East Wilson Avenue, Suite 202
   Glendale, California 91206
5  Telephone:    (818) 500-3200
6  Facsimile:    (818) 500-3201

7  Attorneys for Plaintiff Symantec
   Corporation
8
   William Pinkus (SBN 43036)
9  *w_p@pacbell.net*
   9094 Old Redwood Highway
10 Cotati, California 94931
11 Telephone:    (707) 795-3884

12 Attorney for Defendants

13

14                          UNITED STATES DISTRICT COURT

15                          NORTHERN DISTRICT OF CALIFORNIA

16                                            )
17  Symantec Corporation,                     )   Case No. C08-0699 JF
                                              )
18                 Plaintiff,                 )   JOINT STIPULATION TO AMEND
                                              )   COMPLAINT AND ~~PROPOSED~~
19       v.                                   )   ORDER
                                              )
20  Joshua McClymonds, and Does 1-10,         )
                                              )
21                 Defendants.                )
22  _____ )

23
         IT IS HEREBY STIPULATED by and between the parties hereto, Plaintiff Symantec
24
    Corporation ("Plaintiff"), through its attorneys of record, and Defendant Joshua McClymonds
25
    ("Defendant"), through his attorney of record, that leave may be granted to Plaintiff to file a First
26

27

28

SYMANTEC V. MCCLYMONDS: STIPULATION TO AMEND    - 1 -

Amended Complaint, a copy of which is attached hereto, the purpose of which is to identify and name Doe No. 1;

IT IS FURTHER STIPULATED that Doe No. 1 is identified as Dennis Gross;

IT IS FURTHER STIPULATED that the First Amended Complaint is deemed to be served upon Defendant on the date this stipulation is approved and that the Defendants shall have until July 1, 2008, to file and serve their answer to the First Amended Complaint.

Dated: ___June 3___, 2008        J. Andrew Coombs,
                                 A Professional Corporation

                                 By: ___/s/ J. Andrew Coombs___
                                     J. Andrew Coombs
                                     Annie Wang
                                 Attorneys for Plaintiff

Dated: ___June 3___, 2008        William Pinkus, Esq.

                                 By: ___/s/ Willaim Pinkus___
                                     William Pinkus, Esq.
                                 Attorney for Defendants

IT IS SO ORDERED:

DATED: 6/12/08

                                 _____
                                 Hon. Jeremy Fogel
                                 Judge, United States District Court, Northern District of California