**United States District Court**
**Northern District of California**

1
2
3
4
5
6
7
8
# UNITED STATES DISTRICT COURT

9
## Northern District of California

10  Symantec Corporation,                              08-00699 JF MED

11              Plaintiff(s),                 **Notice of Appointment of Mediator**

12      v.

13  Joshua McClymonds,

14              Defendant(s).

15  TO COUNSEL OF RECORD:

16      The court notifies the parties and counsel that the Mediator assigned to this case

17  is:

18                      **Koorosh Afshari**
                        Afshari Law Firm
19                      455 Market Street, 19th Floor
                        San Francisco, CA 94105
20                      415-882-3248

21      Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which

22  governs the Mediation program.  The mediator will schedule a joint phone conference

23  with counsel under ADR L.R. 6-6 and will set the date of the mediation session within

24  the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

25  The court permits the mediator to charge each party its pro rata share of the cost of the

26  phone conference.

27
28

1    Counsel are reminded that the written mediation statements required by the ADR

2  L.R. 6-7 shall NOT be filed with the court.

3

4  Dated: June 18, 2008

5                                              RICHARD W. WIEKING
                                               Clerk
6                                              by:      Claudia M. Forehand

7

8                                              _____
                                               ADR Case Administrator
9                                              415-522-2059
                                               Claudia_Forehand@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
08-00699 JF MED                         - 2 -