1  WILLIAM PINKUS (SBN 43036)
   9094 Old Redwood Highway
2  Cotati, CA 94931
   Telephone: 707-795-3884
3  w_p@pacbell.net

4  Attorneys for Defendant
   DENNIS GROSS

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  Symantec Corporation              ) CASE NO. CV 08 0699 JF
    CALIFORNIA,                       )
12                                    )
                         Plaintiff,   )  **ANSWER BY DENNIS GROSS TO AMENDED**
13                                    )  **COMPLAINT FOR PATENT INFRINGEMENT**
         v.                           )  **AND TRADE- MARK INFRINGEMENT**
14                                    )
    Dennis Gross, et al,              )
15                                    )
                         Defendants   )
16  _____  )

17       Dennis Gross, hereinafter referred to as "Defendant", answers the complaint on file as follows:

18                              SPECIFIC DENIALS

19       1. Defendant is the sole owner and operator of the website described as "mcclymonds2006"

20  referred to in the complaint and denies that Joshua McClymonds committed or is any way responsible

21  for any act alleged in the complaint.  Defendant resides at 8220 Brand Lane, Petaluma, California, and

22  noone else resides or is employed at said address.

23       2. As to paragraphs 1, 2, 7 through 11 inclusive, 14 and 15, Defendant lacks knowledge or

24  information sufficient to form a belief about the truth of the allegations therein.

25       3. Defendant denies making, offering for sale or distributing unauthorized copies of Symantec

26  software, as alleged in Paragraph 3 of the complaint.

27       4. As to paragraphs 1, 4, the last sentence of paragraph 13, and paragraphs 15, 16, 17, of the

28  complaint, Defendant denies copying, making, importing, selling or distributing either pirated or

1  unauthorized software.

2      5.  Defendant denies each and every allegation in paragraphs 1, 3, 4, 12, 16, 17, 18, 19, 20, 21,

3  22, 23, 25, 26, 27, 28 and 29 of the complaint.

4                          <u>AFFIRMATIVE DEFENSES</u>

5      AS AND FOR A FIRST AFFIRMATIVE DEFENSE to the Complaint herein and each cause

6  of action therein, this answering Defendant alleges that said Complaint, and each cause of action therein,

7  fails to state facts constituting a cause of action against this answering defendant and that the relief

8  requested is not available by law.

9      AS AND FOR A SECOND AFFIRMATIVE DEFENSE to the Complaint herein and each cause

10  of action therein, this answering Defendant alleges that Plaintiff's claims are void as against public

11  policy.

12      AS AND FOR A THIRD AFFIRMATIVE DEFENSE to the Complaint herein and each cause of

13  action therein, this answering Defendant alleges that any acts actually performed by Defendant relating

14  to this action were justified.

15      AS AND FOR A FOURTH AFFIRMATIVE DEFENSE to the Complaint herein and each cause

16  of action therein, this answering Defendant alleges that Plaintiff, by reason, by reason of the knowledge,

17  statements and conduct of Plaintiff, is estopped to complain of any act or omission on the part of

18  Plaintiff.

19      AS AND FOR A FIFTH AFFIRMATIVE DEFENSE to the Complaint herein and each cause of

20  action therein, this answering Defendant alleges that Plaintiff's claims are barred by the doctrine of

21  laches.

22      AS AND FOR A SIXTH AFFIRMATIVE DEFENSE to the Complaint herein and each cause of

23  action therein, this answering Defendant alleges that Plaintiff is not entitled to any form of equitable

24  relief because there is an adequate remedy at law and /or Plaintiff has failed to exhaust its legal

25  remedies.

26      AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE to the Complaint herein and each

27  cause of action therein, this answering Defendant alleges that the purported injuries, loss or damages to

28

1    cause of action therein, this answering Defendant alleges that the purported injuries, loss or damages to

2    Plaintiff, if any, were caused by persons for whom or which Defendant was not responsible.

3          AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE to the Complaint herein and each cause

4    of action therein, this answering Defendant alleges that the complaint fails for uncertainty.

5          AS AND FOR AN NINTH AFFIRMATIVE DEFENSE to the Complaint herein and each cause

6    of action therein, this answering Defendant alleges that Plaintiff's claims are barred by the doctrine of

7    unclean hands.

8          AS AND FOR AN TENTH AFFIRMATIVE DEFENSE to the Complaint herein and each cause

9    of action therein, this answering Defendant alleges that Plaintiff's claims and requests for equitable relief

10    are barred by the doctrine of unclean hands.

11          AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE to the Complaint herein and each

12    cause of action therein, this answering Defendant alleges that each and every cause of action is barred by

13    the doctrine of res judicata or collateral estoppel.

14          AS AND FOR AN TWELFTH AFFIRMATIVE DEFENSE to the Complaint herein and each

15    cause of action therein, this answering Defendant alleges that the unauthorized making, copying and

16    distributing of plaintiff's software, if true, was not due to any acts or omissions on the part of Defendant

17    but were rather directly and legally caused by the acts and/or omissions of other persons or entities, and

18    each of them.

19          AS AND FOR AN THIRTEENTH AFFIRMATIVE DEFENSE to the Complaint herein and

20    each cause of action therein, this answering Defendant alleges that Defendant has no independent

21    knowledge as of the filing of this Answer of many of the facts allegedly constituting the causes of action

22    in the Complaint, and based thereon, hereby respectfully requests leave of Court to amend this anwer to

23    include those affirmative defenses that are revealed during the course of discovey.

24    WHEREFORE. Dennis Gross requests judgment:

25         1. Denying plaintiff's request for injunctive relief;

26         2. That plaintiff take nothing by the complaint;

27         3. That plaintiff pay defendant for his costs of suit; and

28

1 | Dated: July 3, 2008

William Pinkus
Attorney for Defendant Dennis Gross

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28