J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:    (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiff Symantec Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Symantec Corporation, | ) | Case No. C08-0699 JF |
| | ) | |
| Plaintiff, | ) | REQUEST FOR APPROVAL OF |
| v. | ) | SUBSTITUTION OF ATTORNEY |
| | ) | |
| Joshua McClymonds, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PLAINTIFF Symantec Corporation hereby requests the Court approve substitution of

Nicole L. Drey of 517 East Wilson Avenue, Suite 202, Glendale, California 91206, as counsel of

record in place and stead of Annie S. Wang.

I, Annie S. Wang, hereby agree and consent to the above substitution.

Dated: ___July 7___, 2008                    By: ___/S/ Annie S. Wang___
                                                            Annie S. Wang

I, Nicole L. Drey, hereby agree and consent to the above substitution.

Dated: ___July 7___, 2008                    By: ___Nicole L Drey___
                                                            Nicole L. Drey (SBN 250235)

J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:    (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiff Symantec Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Symantec Corporation, | ) | Case No. C08-0699 JF |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER ON REQUEST |
| v. | ) | FOR APPROVAL OF SUBSTITUTION |
| | ) | OF ATTORNEY |
| | ) | |
| Joshua McClymonds, et al. | ) | |
| | ) | |
| Defendants. | ) | |

The Court hereby orders that the request of Plaintiff Symantec Corporation to substitute

retained counsel Nicole L. Drey of J. Andrew Coombs A P.C. 517 East Wilson Avenue, Suite 202,

Glendale, California, as attorney of record in place and stead of Annie S. Wang is here by granted.

Dated: _____

_____
Hon. Jeremy Fogel
District Judge, United States District Court for
the Northern District of California

Presented By:

J. Andrew Coombs
A Professional Corporation

By:  /S/ Annie S. Wang
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiff Symantec Corporation

Symantec v. McClymonds: Order on Req. for Approval of Sub. of    - 1 -
Atty.