J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:    (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiff Symantec Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Symantec Corporation, | ) | Case No. C08-0699 JF |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER ON REQUEST |
| v. | ) | FOR APPROVAL OF SUBSTITUTION |
| | ) | OF ATTORNEY |
| Joshua McClymonds, et al. | ) | |
| | ) | |
| Defendants. | ) | |

The Court hereby orders that the request of Plaintiff Symantec Corporation to substitute

retained counsel Nicole L. Drey of J. Andrew Coombs A P.C. 517 East Wilson Avenue, Suite 202,

Glendale, California, as attorney of record in place and stead of Annie S. Wang is here by granted.

Dated:    _7/11/08_____

_____
Hon. Jeremy Fogel
District Judge, United States District Court for
the Northern District of California

Presented By:

J. Andrew Coombs
A Professional Corporation

By: _/S/ Annie S. Wang____
     J. Andrew Coombs
     Annie S. Wang
Attorneys for Plaintiff Symantec Corporation